UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 10-cr-4-01-JL

<u>Anthony Moscaritolo</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted; Continuance is limited to 60 days.  Final Pretrial is rescheduled to April 23, 2010 at 11:00am; Trial is continued to the two-week period beginning May 4, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*

Joseph N. Laplante
United States District Judge

Date:  February 8, 2010

cc:  Michael C. Shklar, Esq.
     Brian M. Quirk, Esq.
     William E. Morse, AUSA
     U.S. Marshal
     U.S. Probation