UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

                    v.                    Criminal No. 10-cr-04-01-JL

Anthony Moscaritolo


O R D E R


    The assented to motion to reschedule jury trial (document no.
22 ) filed by defendant is granted. Continuance is limited to 60
days; Final Pretrial is rescheduled to June 18, 2010 at 3:00pm;
Trial is continued to the two-week period beginning July 7, 2010 at
09:30.

    Defendant shall file a waiver of speedy trial rights within 10
days.  The court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the
reasons set forth in the motion.

    SO ORDERED.

                                    _____
                                    Joseph N. Laplante
                                    United States District Judge


Date:  April 22, 2010



cc:  Michael C. Shklar
     William E. Morse
     U.S. Marshal
     U.S. Probation